No. 242. LUSE *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Herman L. Arterberry* and *Will R. King* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 243. GIST ET AL. *v.* NEW YORK LIFE INS. Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Stewart Ross* for petitioners. *Mr. Edwin A. Meserve* for respondent.

No. 244. PHILADELPHIA STORAGE BATTERY Co. *v.* KELLY-HOW-THOMSON Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Byron G. Carson* for petitioner. *Mr. Oscar Mitchell* for respondent.

Nos. 245 and 246. WALKER *v.* COMMISSIONER OF INTERNAL REVENUE; and

Nos. 247 and 248. GOLDSTEIN *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Elias Goldstein* and *S. L. Herold* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *Francis H. Horan* for respondent.

Nos. 249 and 250. JOHNSON ET AL. *v.* UNITED STATES. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.